# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00773-CV

**Richard John Florance, Jr., Appellant**

**v.**

**Susan Combs, Comptroller of Public Accounts of the State of Texas; and Greg Abbott, Attorney General of the State of Texas, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-12-001484

## M E M O R A N D U M   O P I N I O N

Appellant, Richard John Florance, Jr., has advised this Court that this cause was docketed in error. He explains that he perfected an administrative appeal in district court, that his notice of appeal was inadvertently transmitted to our Clerk, and that he did not intend to pursue an appeal to this Court at this time. He requests that we dismiss this cause. We grant Florance's motion and dismiss his appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Henson

Dismissed on Appellant's Motion

Filed:   December 28, 2012